UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA BEARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>L'OREAL, USA, INC., a Delaware corporation doing business in Nevada; WALMART, INC., a Delaware corporation doing business in Nevada; JOHN DOES I through X, inclusive, ABC CORPORATIONS I through X, inclusive, and BLACK AND WHITE COMPANIES I through X, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00499-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

125215579.1

1  DATED: June 20, 2024.                         DATED: June 20, 2024.

2  DOTSON LAW                                    LEWIS ROCA ROTHGERBER CHRISTIE LLP

4  By:  /s/ *Daniel T. Hayward*                  By:  /s/ *Paul A. Matteoni*
   Daniel T. Hayward, Bar No. 5986                    Paul A. Matteoni, Bar No. 3486
   dhayward@dotsonlaw.com                             PMatteoni@lewisroca.com
   5355 Reno Corporate Drive, Suite 100               Cassin T. Brown, Bar No. 15877
   Reno, NV 89511                                     CBrown@lewisroca.com
                                                      One East Liberty Street, Suite 300
   *Attorneys for Plaintiff*                          Reno, NV  89501-2128
   *Lisa Beard*
                                                      *Attorneys for Defendants*
                                                      *L'Oreal, USA, Inc. and Walmart, Inc.*


                                                   IT IS SO ORDERED.


                                                   _____
                                                   Anne R. Traum
                                                   United States District Judge

                                                   DATED: June 21, 2024

- 2 -

125215579.1